**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                               Case No. 6:16−bk−00569−CCJ
                                                                                                     Chapter 7
Thomas Koniares


_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On January 28, 2016 the above named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   A fully completed Summary of your Assets and Liabilities, Schedules A through J, Statement of Affairs, Statement of Intention, Means Test, Creditor Matrix were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the Debtor is directed to file the missing form(s) with proper declaration of the Debtor within 14 days.

   A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.


   Pursuant to Fed. R. Bankr. P. 1007(a), the Voluntary Petition was not accompanied by a list containing the names and addresses of the Debtor's creditors nor were the schedules of liabilities (Schedules D through F) filed. The Debtor is directed to file a list containing the names and addresses of the Debtor's creditors in compliance with Local Rule 1007−2 within 7 days from the date the petition was filed.

   The Chapter 7 Statement of Your Current Monthly Income and Means−Test Calculation pursuant to Fed. R. Bankr. P. 1007 (b)(4)(5)(6) and 11 U.S.C § 521(a)(1)(B)(v) was not filed. The Debtor is directed to file a signed Statement of Your Current Monthly Income and Means−Test Calculation (Official Form B122A) within 14 days from the date the peition was filed. A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   A Statement of Intentions for Individuals Filing Under Chapter 7 was not not signed, not filed, or filed on an outdated form. Pursuant to Fed. R. Bankr. P. 1007(b)(2) and 11 U.S.C § 521(a)(2)A), the Debtor is directed to file a Statement of Intentions for Individuals Filing Under Chapter 7 (Official Form B108), signed under penalty of perjury within 30 days. A link to updated forms is available on the Court's website at http://www.flmb.uscourts.gov/forms/.

   The Debtor shall pay unpaid filing fees in the amount of N/A within 7 days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.


FOR THE COURT

Dated: February 1, 2016

Lee Ann Bennett , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.