ORDERED.

Dated: February 09, 2016

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

THOMAS KONIARES,                    Chapter 7
                                    Case No.:  6:16-bk-00569-CCJ
    Debtor.
_____/

<u>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED</u>

On January 28, 2016 the debtor filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code (Doc. No. 1).  In addition to this case, the debtor has filed the following cases:  Case Number 14-02236, Chapter 7 filed in Florida Middle Bankruptcy Court on 02/28/2014, standard discharge on 06/12/2014; Case Number 15-03353, Chapter 7 filed in Florida Middle Bankruptcy Court on 04/17/2015, dismissed for failure to file information on 05/05/2015; Case Number 15-08754, Chapter 7 filed in Florida Middle Bankruptcy Court on 10/15/2015, dismissed for failure to file information on 10/30/2015.   After reviewing the pleadings, it is

ORDERED that the debtor appear before the Court at **2:00 p.m. on March 9, 2016**, in Courtroom D, 400 West Washington Street, 6th Floor, Orlando, Florida, to show cause why this case should not be dismissed and a 2 year injunction imposed.

Clerk's office to serve